# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOR JIMENEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**AYRES HOTEL COMPANY, INC. d/b/a AYRES HOTEL**, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-00867-TLN-KJN<br><br>Order re: Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days<br><br>Waiver of service sent to Defendant: June 9, 2022<br>Current response date: August 8, 2022<br>New response date: September 5, 2022 |

    Upon review of the Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days, where upon parties wish to stipulate to move Defendant Ayres Hotel Company, Inc. d/b/a Ayres Hotel's responsive date to the Complaint 28 days from August 8, 2022 to September 5, 2022 for the purposes of reducing fees and costs while the parties are exploring settlement,

    IT IS HEREBY ORDERED that the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 28 Days is hereby GRANTED and Defendant Ayres

1  Hotel Company, Inc. d/b/a Ayres Hotel's new responsive pleading date to the initial
2  Complaint is September 5, 2022.

4  Dated: August 8, 2022

Troy L. Nunley
United States District Judge