Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

L. Scott Karlin, SBN 90605
David E. Karlin, SBN 275905
Michael J. Karlin, SBN 272442
Rex T. Reeves, SBN 136842
Dan T. Danet, SBN 303521
**THE KARLIN LAW FIRM LLP**
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>     v.<br><br>AYRES HOTEL COMPANY, INC. d/b/a AYRES HOTELS, a California corporation; and DOES 1 to 10, inclusive,<br><br>               Defendants. | Case No.: 2:22-cv-00867-DAD-KJN<br><br>*Assigned to District Judge Dale A. Drozd*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed: May 20, 2022<br>Trial Date:          April 8, 2024 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Flor Jimenez and Defendant Ayres Hotel Company, Inc. d/b/a Ayres Hotel stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: April 24, 2023            **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Thiago M. Coelho, Esq.
Carolin K. Shining, Esq.
*Attorneys for Plaintiff*

Dated: April 24, 2023            **THE KARLIN LAW FIRM LLP**

*/s/ L. Scott Karlin*
L. Scott Karlin, Esq.
David E. Karlin, Esq.
Michael J. Karlin, Esq.
Rex T. Reeves, Esq.
Dan T. Danet, Esq.
*Attorneys for Defendant*

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 24, 2023            **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*